

Jose L. Castillo
Pro se Plaintiff
555 Naples St. #703
Chula Vista, CA 91911

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ~~Jose L. Castillo,~~<br>Plaintiff<br><br>Vs<br><br>Bureau of Prisons,<br><br>Defendants | CASE # **'23CV0867 LL    KSC**<br><br>**CIVIL RIGHTS SUIT**<br><br>**BivensAction**<br><br>**Statutory Time Violation** |

COMES NOW; Jose L. Castillo, Plaintiff in pro se, in want and need of competent counsel hereby Moves for favorable ruling in the form of monetary compensation for having been incarcerated for 121 months of a statutory maximum 120 month sentence one month beyond that allowable by law. The case is clear there is no need to litigate anything. The Bureau of Prisons has the record and there is no time bar to claim a violation of statutory maximum limits.

As such, based on the record and the confines of clearly established constitutional law, Plaintiff hereby requests five (5) million dollars as compensation for the adverse consequences this error has brought upon Plaintiff

Respectfully submitted this 28th day of March, 2023

Jose L. Castillo

Plaintiff

# AFFIDAVIT OF TRUTH OF JOSE L. CASTILLO

STATE OF CALIFORNIA........................................................County of San Diego

*Executed on this 28thday of March, 2023*

*I am legally competent to draft and submit this document which is being submitted in good faith and not for frivolous purposes. It is in compliance with the applicable provisions of law and pertinent statutes. It is to the best of my knowledge and recollection, is supported by the record. I understand that I am doing so under the penalty of perjury.*

I have been victimized through judicial error and a predisposed calculated prosecution as retaliation, I could only deduce, for having publicly advocated on behalf of the rights of Latinos and other underrepresented populations as elected President of MAPA (Mexican American Political Association), a non-partisan Political organizationrepresenting the interests ofSouthern California region communities. What ensued was a bareact of cynical vindictiveness, ie., unjustly incarcerating me for an unjustifiably over extended period, rendering me clearly and for all intent and practical purposes- a political prisoner of the most obvious kind. The excuse used was a 22 kilo of marihuana conviction that was calculatedly elevated to provide me with the longest possible sentenceof 120 months or ten (10) years. A sentence so disproportionate that no one in the whole B. O. P. system did more time for any type or amount – no matter how many tons- of marijuana they were convicted for, no one, as incredible as it may seem. Never mind that I was acquitted by a unanimous jury after a trial on this very case.

In early 1998, I was charged with importation of marijuana charges referenced above, that did not belong to me so I went to a jury trial to prove my innocence regarding those charges involving a Grand Jeep Cherokee left at secondary inspection by someone.They new it was not me but still charged me for that. There were numerous cameras at secondary inspection but not one video or picture of me was produced. There were 22 fingerprints taken from the Grand Jeep Cherokee but not a single one was mine. When the jury acquitted me, found me Not Guilty, I thought I had proven my innocence but the Not Guilty verdict was not respected and I was consequently sentenced to a ten (10) year ridiculous sentence of incarceration –120 months – the statutory maximum allowable by law and that was not even respected, as I completed **121 months of incarceration** on that sentence, that was unlawful to begin with, thus the subject of the attachedcivil rights action. See B.O.P. records to verify custodial time on that case.

On the day of my arrest November 17, 1997, although it was a peaceful arrest, my right ankle was broken when the door of the U. S. Marshal vehicle door was closed before I could completely get my leg inside. I filed a civil rights suit in this district court in 1999 and requested a trial. Although highly meritorious, I was bombarded with requirements from the courts and the BOP kept moving me around and my paperwork was missing every time so eventually my case was dismissed and I did not receive a single penny for my broken ankle for which I have adverse consequences through sharp pain, discomfort and even affects my ambulation to this very day.

Aside from the broken right ankle , more recently in 2020, I was being transported from MCC San Diego to FCI Victorville. When we arrived everyone was lined up on the asphalt for no known reason the driver of the bus grabbed me by the neck and was immediately assaulted by several guards who are supposed to ensure my safetywhile in their custody. I filed suit in the Eastern District court but in spite of the clear and unequivocal multitude of reliable evidence, the case regarding this additional punishment in the form of unprovoked beatings of a senior citizen that shocks or should shock the conscience, was cynically dismissed. The cumulative effect of all the trespasses to basic human decency and constitutional protections, rises to the level of cruel and unusual punishment., but nevertheless and as always – it was convenientlydismissed, once again depriving me of some legal concept known as due process, whatever that means.

I was punished for something I did not do and punished through a broken ankle that I did not provoke. I have been punished by unwarranted brutal beatings on several occasions, by prison guards and am punished every day through the psychological and physical consequences of these abuses, consequences of which I have to suffer with until this very day. My freedom cannot be restored back to me. If the law was only followed by those that interpret it, I would not have to the precarious condition I am in. I have no false iilusion that now the courts will do the correct thing this time. I can only ask for justice, the courts decide whether they want to adhere to the principles of lawor not.

At least because I was incarcerated one month longer than the (disproportionate) sentence I received, I should be compensated because that one extra month violated the statute under the category I was sentenced. Considering everything that I had to endure and given my current problems, I believe I should receive at least five (5) million dollars in partial compensation.

Respectfully submitted this 28th day of March, 2023

Jose L. Castillo  Plaintiff

CERTIFICATE OF SERVICE

*A true and complete copy of the Civil Rights Motion, the Affidavit of Truth of Juse L, Castillo was mailed this 39th day of March, 2023 to  Bureau of Prisons   San Diego Address and Washington D C address via U,S; mail, I hereby  declare that my statements are truthful so help me God,*

J L Castillo  Affiant

Jose L. Castillo
555 Naples St. #703
Chula Vista, CA
91911

SAN DIEGO CA 920
6 MAY 2023 PM 5



RECEIVED
MAY 8 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

U.S. District Court
Southern District of California
333 W. Broadway #420
San Diego, CA 92101

92101-380620